■ The People of the State of New York, Respondent, v Scott Wattenberg, Appellant. — Appeal by defendant, as limited by his motion, from a

sentence of the County Court, Nassau County (Santagata, J.), imposed March 13, 1981. Sentence affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, J.P., Mangano, Rabin and Thompson, JJ., concur.